**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-00268-11-CR-W-DGK |
| | ) | |
| LINDSEY DELL BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Amended Report and Recommendation of the United States Magistrate Judge (Doc. 358), to which there has been no timely objection, the plea of guilty by the Defendant to the lesser included offense in Count One and to Count Two of the Superseding Indictment filed on December 12, 2012, is now accepted and the Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the Court.

    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: June 16, 2014